## BLICKENSTAFF v. BLICKENSTAFF.

[No. 13,485: Filed July 5, 1929.]

*John F. Kelton, Fred H. Bowers, Milo Feightner* and *Lee M. Bowers,* for appellant.

*Walter S. Bent,* for appellee.

McMAHAN, C. J.—Complaint by appellant against her husband for damages for injuries sustained in an automobile accident received while riding with her husband.

The demurrer was correctly sustained to the complaint for the reason that a married woman cannot sue her husband for personal injuries caused by his negligence. *Henneger* v. *Lomas* (1896), 145 Ind. 287, 289, 44 N. E. 462, 32 L. R. A. 848; *Schubert* v. *Schubert Wagon Co.* (1928), 249 N. Y. 253, 164 N. E. 42; *Thompson* v. *Thompson* (1910), 218 U. S. 611, 31 Sup. Ct. 111, 54 L. Ed. 1180, 30 L. R. A. (N. S.) 1153; *Austin* v. *Austin* (1924), 136 Miss. 61, 100 So. 591, 33 A. L. R. 1388; *Perlman* v. *Brooklyn City R. Co.* (1921), 117 Misc. Rep. 353, 191 N. Y. Supp. 891; *Heyman* v. *Heyman* (1917), 19 Ga. App. 634, 92 S. E. 25; *Peters* v. *Peters* (1909), 156 Cal. 32, 103 Pac. 319, 23 L. R. A. (N. S.) 699; *Woltman* v. *Woltman* (1922), 153 Minn. 217, 189 N. W. 1022.

Affirmed.